UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVION MAGNUS DIXON,

    Petitioner,

v.                                                        Case No: 6:25-cv-1081-JSS-LHP

JOHN POLISKNOWSKI and
SHEVAUN HARRIS,

    Respondents.
_____/

## ORDER

Petitioner, a prisoner proceeding pro se, initiated this action by filing in this district a petition for writ of habeas corpus under 28 U.S.C. § 2241. (*See* Dkt. 1.) Petitioner is committed to the custody of Florida's Department of Children and Families and confined at the Florida State Hospital in Gadsden County, Florida. (*See id.* at 1.) Accordingly, he is incarcerated in the Tallahassee Division of the Northern District of Florida. *See* N.D. Fla. Loc. R. 3.1(A)(3).

A section 2241 petition "may be brought only in the district court for the district in which the inmate is incarcerated." *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir. 1991); *accord Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) ("District courts are limited to granting habeas relief 'within their respective jurisdictions.'" (quoting 28 U.S.C. § 2241(a))). Because Petitioner is incarcerated in the Tallahassee Division of the Northern District of Florida, it is proper to transfer this action to that court. *See* 28 U.S.C. § 1404(a) ("[I]n the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . .").

- 2 -

Accordingly, the Clerk of the Court is **DIRECTED** to transfer this case to the Tallahassee Division of the Northern District of Florida for all further proceedings.

    **ORDERED** in Orlando, Florida, on June 23, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties